UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BRODSKY et al., <br><br> Plaintiff, <br><br> v. <br><br> BMW OF MANHATTAN et al., <br><br> Defendant. | Civ. No. 18-13885 (KM) (JBC) <br><br> **ORDER** |

The defendants BMW of Manhattan and BMW of North America ("BMW NA") having filed a motion (DE 10) to dismiss the complaint; and the Court having converted that motion to a motion for summary judgment pursuant to Fed. R. Civ. P. 12(d); and the *pro se* plaintiffs Jay Brodsky and Donna Martin having filed a response (DE 16); and the defendants having filed a reply (DE 17);

And defendant BMW of Manhattan having filed a motion (DE 13) to set aside default; and the plaintiffs having filed an opposition (DE 19);

And plaintiffs having filed a motion (DE 20) for leave to file a supplemental complaint pursuant to Fed. R. Civ. P. 15(d); and defendants having filed a response (DE 22);

And the court having considered the matter without oral argument; for the reasons stated in the accompanying Opinion, and good cause appearing therefor;

**IT IS** this 15th day of August, 2019,

**ORDERED** that the motion (DE 10) of defendants BMW of Manhattan and BMW NA to dismiss the complaint, converted to a motion for summary judgment under Rule 12(d), is **GRANTED**. This **dismissal is without prejudice** to the filing, **within 30 days**, of a properly supported motion to amend the complaint. The Court will expect compliance with Fed. R. Civ. Pro. 15 and Loc. Civ. R. 15.1. Any such motion shall be accompanied by a new and more detailed *in forma pauperis* application from Mr. Brodsky, stating all sources of income and documenting them with appropriate financial records.

**IT IS FURTHER ORDERED** that the motion (DE 13) of defendant BMW of Manhattan to vacate entry of default is **terminated as moot**, because a request for default has not been filed and default has not been entered.

**IT IS FURTHER ORDERED** that the motion (DE 20) of plaintiffs to supplement the complaint, pursuant to Fed. R. Civ. P. 15(d), is DENIED.

_____
KEVIN MCNULTY
United States District Judge